JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **DYNASCAN TECHNOLOGY, INC.**, a California Corporation<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**PLASMEDIA PRODUCTIONS, INC.**, a Missouri Corporation, and **DEAN TALLEY**, an individual, and Does 1-50.<br><br><br>　　　　**Defendants.** | Case No.: SACV 09-00587-CJC(MLGx)<br><br><br><br>**JUDGMENT AGAINST DEFENDANTS PLASMEDIA PRODUCTIONS, INC. AND DEAN TALLEY** |

　　　Plaintiff Dynascan Technology, Inc. is entitled to a judgment in the amount of $1,433,167.00, plus $217,954.50 in pre-judgment interest, against Defendants Plasmedia Productions, Inc. and Dean Talley.  Judgment is entered in Plaintiff's favor in the amount

//

//

of $1,651,121.50. Post-judgment interest is awarded pursuant to 28 U.S.C. § 1961 at a rate of 0.24%.

    DATED:    November 19, 2010

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE